The Court of Criminal
Appeals Of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 16 2015
Abel Acosta, Clerk

P.O. Box 12308, Capital Station
Austin, Tx 78711

September 10th, 2015

RE: Graylon Avery
vs. The State of Texas WR-81,
750-02 and WR-81, 750-03

To whom it may concern:

On July 29th, 2015, I
believe The Court of Appeals
gave the 8th Judicial District
Court an order to have my trial
counsel complete a written aff-
idavit within 30 days responding
to my claim of ineffective ass-
istance of counsel.
Its been a little over 40 days
now and my trial attorney
hasn't complied with the courts
order.

I'm asking the court of Appeals to have trial Counsel Wade R. Forsman, State bar No. 07264257, to comply with the order that was given by The criminal court of Appeals, and respond to my claim of ineffective assistance of counsel. Specifically, stating if the police report affidavit used to obtain an warrant for my arrest said that a hand to hand transaction was made between me and the confidential informant while they were watching. Finally, I thank the court in advance for your attention to this request.

Sincerely True